**No. 58582.**—Geo. S. Bush & Co., Inc. *v.* United States, protests 220285–K, etc. (Seattle).

Opinion by RAO, J. It was stipulated that the merchandise consists of magnesium articles similar in all material respects to those which were the subject of *Geo. S. Bush & Co., Inc.* v. *United States* (32 Cust. Ct. 316, C. D. 1620) and that said articles are unfinished parts of internal-combustion engines of the carburetor type similar to those involved in *Geo. S. Bush & Co., Inc.* v. *United States* (41

C. C. P. A. 33, C. A. D.·525). Upon the agreed statement of facts and following the cited decisions, the claim of the plaintiff was sustained.